GLENN B. McCORMICK
Acting United States Attorney
District of Arizona
DAVID P. FLANNIGAN
HEATHER SIEGELE
Assistant U.S. Attorneys
State Bar Numbers: 007162 and 023996
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: david.flannigan@usdoj.gov
heather.siegele@usdoj.gov
Attorneys for Plaintiff

FILED

2021 JUL -7 PM 4:00

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

CR21-01600 TUC-SHR(BGM)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America,

             Plaintiff,

vs.

Bartolo Alvarez-Gonzalez,

             Defendant.

**INDICTMENT**

Violations:
    8 U.S.C. § 1324(a)(1)(A)(v)(I)
    8 U.S.C. § 1324(a)(1)(A)(ii)
    8 U.S.C. § 1324(a)(1)(A)(iii)
    8 U.S.C. § 1324(a)(1)(B)(i)
(Conspiracy to Transport and Harbor Illegal Aliens for Profit)
Count 1

8 U.S.C. § 1324(a)(1)(A)(ii)
8 U.S.C. § 1324(a)(1)(B)(i)
(Transportation of Illegal Aliens for Profit)
Count 2

FORFEITURE ALLEGATION

8 USC §1324(b)(1)
18 USC §982(a)(6)(A)
28 USC §2461(c)

(UNDER SEAL)

THE GRAND JURY CHARGES:

### COUNT 1

### Conspiracy to Transport and Harbor Illegal Aliens for Profit

From a date unknown to on or about December 31, 2020, in the District of Arizona, and elsewhere, BARTOLO ALVAREZ-GONZALEZ, did knowingly and intentionally

combine, conspire, confederate, and agree together and with various other persons known and unknown to the Grand Jury, to transport and move illegal aliens, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii) and to conceal, harbor, and shield from detection said illegal aliens, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iii), all within the United States, and did so for the purpose of commercial advantage and private financial gain, all in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(v)(I), 1324(a)(1)(A)(ii), 1324(a)(1)(A)(iii), and 1324(a)(1)(B)(i).

## COUNT 2

### Transportation of Illegal Aliens for Profit

On or about February 22, 2020 and February 23, 2020, in the District of Arizona, and elsewhere, BARTOLO ALVAREZ-GONZALEZ, and other co-conspirators, knowing and in reckless disregard of the fact that six unknown aliens had come to, entered and resided in the United States in violation of law, did transport and move said aliens within the United States by means of transportation or otherwise, in furtherance of such violation of law, and did so for the purpose of commercial advantage and private financial gain, and did aid, abet, counsel, command, induce, procure, and cause the same, in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii), 1324(a)(1)(B)(i) and Title 18, United States Code, Section 2.

## FORFEITURE ALLEGATION

Upon conviction of an offense in violation of Title 8, United States Code, Section 1324, alleged in Counts One and Two of this Indictment, defendant BARTOLO ALVAREZ-GONZALEZ, shall forfeit to the United States pursuant to Title 18, United States Code, Section 982(a)(6):  (a) any conveyance, including any vessel, vehicle, or aircraft, used in the commission of the offense; (b) any property, real or personal, that constitutes or is derived from or is traceable to the proceeds obtained directly or indirectly from the commission of the offense; and (c) any property, real or personal, used to facilitate or intended to be used to facilitate the commission of the offense.

If any of the property described above, as a result of any act or omission of the

defendants: a) cannot be located upon the exercise of due diligence; b) has been transferred or sold to, or deposited with, a third party; c) has been placed beyond the jurisdiction of the court; d) has been substantially diminished in value; or e) has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States to seek forfeiture of any other property of the defendants up to the value of the above-described forfeitable property, including but not limited to all property, both real and personal, owned by the defendants, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1) and Title 28, United States Code, Section 2461(c).

All pursuant to Title 8, United States Code, Section 1324(b)(1), Title 18, United States Code, Section 982(a)(6)(A), Title 28, United States Code, Section 2461(c), Title 21, United States Code, Section 853(p), and Rule 32.2(a), Federal Rules of Criminal Procedure.

A TRUE BILL

/S/

FOREPERSON OF THE GRAND JURY
Dated: July 7, 2021

GLENN B. McCORMICK
Acting United States Attorney
District of Arizona

**REDACTED FOR PUBLIC DISCLOSURE**

/S/

DAVID P. FLANNIGAN
HEATHER SIEGELE
Assistants U.S. Attorney